```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOUSSA KONATE,

                Plaintiff,

-against-

ALLIANCE SECURITY INC., RUSSEL CRUZ, THOMAS CRUZ, MALCOLM TERRENCE, MICHAEL DEGIOVANNI, ANTHONY QUINEOS, and ISRAEL RIVERA,

                Defendants.

---

20 Civ. 1411 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On February 21, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by June 22, 2020. ECF No. 2. Those submissions are now overdue. Accordingly, it is ORDERED that by **June 24, 2020**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: June 23, 2020
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge