UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/25/2020__
```

MOUSSA KONATE,

          Plaintiff,

-against-

ALLIANCE SECURITY INC., RUSSEL CRUZ, THOMAS CRUZ, MALCOLM TERRENCE, MICHAEL DEGIOVANNI, ANTHONY QUINEOS, and ISRAEL RIVERA,

          Defendants.

20 Civ. 1411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 25, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by August 24, 2020. ECF No. 24. Those submissions are now overdue. Accordingly, it is ORDERED that by **August 26, 2020**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a status letter.

    SO ORDERED.

Dated: August 25, 2020
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge