```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/27/2020___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUSSA KONATE,

            Plaintiff,

-against-

ALLIANCE SECURITY INC., RUSSEL CRUZ,
THOMAS CRUZ, MALCOLM TERRENCE,
MICHAEL DEGIOVANNI, ANTHONY
QUINEOS, and ISRAEL RIVERA,

            Defendants.

20 Civ. 1411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of Plaintiff's letter indicating that he intends to seek a default judgment, ECF No. 26, the initial pretrial conference scheduled for August 31, 2020 is ADJOURNED *sine die*.

    By **September 4, 2020**, Plaintiff shall submit a motion for default judgment in compliance with Rule 55 of the Federal Rules of Civil Procedure and Rule III(M) of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: August 27, 2020
       New York, New York

                                        ANALISA TORRES
                              United States District Judge