UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/19/2020_

MOUSSA KONATE,

          Plaintiff,

-against-

ALLIANCE SECURITY INC., RUSSEL CRUZ, THOMAS CRUZ, MALCOLM TERRENCE, MICHAEL DEGIOVANNI, ANTHONY QUINEOS, and ISRAEL RIVERA,

          Defendants.

20 Civ. 1411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 3, 2020, the Court ordered Plaintiff to file a motion for default judgment by September 30, 2020, or, in the alternative, for the parties to submit a joint status letter and proposed case management plan by October 14, 2020. ECF No. 29. Those submissions are now overdue. Accordingly, by **12:00 p.m.** on **October 20, 2020**, the parties shall submit their joint status letter and proposed case management plan, or Plaintiff shall file a status letter.

    SO ORDERED.

Dated: October 19, 2020
       New York, New York

ANALISA TORRES
United States District Judge