UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUSSA KONATE,

                Plaintiff,

-against-

ALLIANCE SECURITY INC., RUSSEL CRUZ, THOMAS CRUZ, MALCOLM TERRENCE, MICHAEL DEGIOVANNI, ANTHONY QUINEOS, and ISRAEL RIVERA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/13/2020__

20 Civ. 1411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 20, 2020, the Court ordered Plaintiff to file a motion for default judgment or, in the alternative, for the parties to submit a joint letter and proposed case management plan by November 10, 2020. ECF No. 39. Those submissions are now overdue. This was the third such extension. Accordingly, by **12:00 p.m.** on **November 16, 2020**, the parties shall submit a joint letter and proposed case management plan, or, alternatively, Plaintiff shall submit a status letter indicating his intent to file a motion for default judgment.

    SO ORDERED.

Dated: November 13, 2020
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge