```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/15/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOUSSA KONATE,

                Plaintiff,

-against-

CLASSIC SECURITY, LLC., RUSSEL CRUZ,
THOMAS CRUZ, TERRENCE MALCOLM,
MICHAEL DEGIOVANNI, ANTHONY
QUINEOS, and ISRAEL RIVERA,

                Defendants.

---

20 Civ. 1411 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 16, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by January 13, 2021. ECF No. 42. Those submissions are now overdue. By **12:00 p.m.** on **January 19, 2021**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 15, 2021
         New York, New York

                                                ANALISA TORRES
                                     United States District Judge